# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Trustees of the St. Paul Electrical
Construction Industry Fringe Benefit Funds

Case No. Civil 00-1730 JMR/FLN

v.

**CONFESSION OF JUDGMENT IN A CIVIL CASE**

State Electric, Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

Defendant confesses judgment in the amount of $63,846.84.

DATE: October 2, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk